**Form 751**[Order for Payment of Installments]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>     Brittany Ciara Tichenor<br>                              Debtor(s). | Case No. 15–29408 JTM<br>Chapter 13 |

## ORDER FOR PAYMENT OF FILING FEE IN INSTALLMENTS

The Court, having received the Debtor(s) Application To Pay Filing Fee In Installments according to Federal Rule of Bankruptcy Procedure 1006,

**HEREBY ORDERS** that the Debtor(s) pay the filing fee $ 310.00 as follows:

| | | |
|---|---|---|
| Paid at filing: | $ 0.00 | |
| First installment: | $ 100.00 | Due on or before  10/20/15 |
| Second installment: | $ 100.00 | Due on or before  11/3/15 |
| Third installment: | $ | Due on or before |
| Final installment | $ 110.00 | Due on or before  11/23/15 |

Payment must be received and posted by the Court on or before the due date of each installment payment. Payments may be made electronically, in person, or by mail to the U.S. Bankruptcy Court at the following address:

> U.S. Bankruptcy Court – District of Utah
> 350 South Main Street, Rm 301
> Salt Lake City, UT 84101
> Tel. (801) 524–6687

Acceptable forms of payment are cash, credit card, money order, or check made payable to **U.S. Bankruptcy Court**. The Court will not accept as payment the personal check of the debtor(s) filing the bankruptcy petition.

**THE COURT FURTHER ORDERS** that, in accordance with Federal Rule of Bankruptcy Procedure 1017(b)(1), 11 U.S.C. § 102, 28 U.S.C. § 1930 that unless ordered otherwise by the Court:

- Failure to timely pay an installment will result in dismissal without further notice or hearing.
- Until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
- If the case is dismissed, all unpaid balances remain owing and must be paid within 14 days of dismissal.
- If the debtor(s) fail to pay any installments due under this Order, debtor(s) will be ineligible for an Order for Payment of Filing Fees in Installments in any future bankruptcy case.

Dated and Entered on: October 16, 2015

*J TMarker*

United States Bankruptcy Judge   (9)

United States Bankruptcy Court
District of Utah

In re:                                                              Case No. 15-29408-JTM
Brittany Ciara Tichenor                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: clo          Page 1 of 1          Date Rcvd: Oct 16, 2015
                             Form ID: f751       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2015.
db            +Brittany Ciara Tichenor,   7293 Apple Honey LN #20,   Midvale, UT 84047-2272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2015                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2015 at the address(es) listed below:
          Linda D. Smith   on behalf of Debtor Brittany Ciara Tichenor lawldsmith@aol.com,
           ldspclaw@gmail.com;lmadrid30@msn.com
          Lon Jenkins tr   ecfmail@ch13ut.org,   lneebling@ch13ut.org
          United States Trustee   USTPRegion19.SK.ECF@usdoj.gov
                                                                         TOTAL: 3